1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.                                                      CR06-381Z

JOSEPH R. WOLF,                                      MINUTE ORDER

                              Defendant.

        The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

        (1)     The parties' stipulated motion to continue pretrial motions cut off date from 1/5/07 to 2/5/07, docket no. 23, is GRANTED.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

        Filed and entered this 8th day of January, 2007.

                                                BRUCE RIFKIN, Clerk

                                                        s/ Claudia Hawney
                                        By _____
                                                Claudia Hawney
                                                Deputy Clerk

MINUTE ORDER   1–