UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br>JOSEPH R. WOLF,<br><br>　　　　　　　　　Defendant. | NO. CR06-00381-TSZ<br><br>ORDER CONTINUING MOTION CUTOFF DATE AND TRIAL |

THIS MATTER coming on for hearing upon the Motion of the Defendant by and though his attorney, Allen M. Ressler, who moved the Court for an Order extending the motions cutoff date of February 2, 2007 and the trial date of February 2, 2007, a minimum of thirty days and the Court having reviewed the records and files herein and the Declaration of Counsel, now, therefore,

The Defendant has moved for a continuance of the trial date. As grounds therefore, they have indicated the need for additional time to review discovery, meet with clients, prepare motions as necessary, and to pursue plea negotiations. It has also been indicated that Assistant U.S. Attorney Kelly Harris does not object to this continuance.

It is therefore appearing to the Court that it would be unreasonable to expect adequate preparation for the trial and on-going plea negotiations without a continuance, even with

---

ORDER CONTINUING MOTION CUTOFF DATE AND TRIAL

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206)388-0333

diligent and good faith efforts by counsel to prepare for trial, and it further appears that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial,

IT IS FURTHER ORDERED that the period of delay from February 2, 2007 through April 2, 2007 is excludable time pursuant to 18 U.S.C.§ 3161(h)(8)(A), for the purpose of computing the time limitation imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the trial date in this matter be and hereby is continued from February 2, 2007 to the 2nd day of April, 2007 and the motions cutoff from February 2, 2007 to the 9th day of March, 2007.

Dated this 2nd day of February, 2007.

s/ Thomas S. Zilly
_____
The Honorable Thomas S. Zilly

*/s/ Allen M. Ressler*
_____
Allen M. Ressler, WSBA # 5330
Timothy R. Tesh, WSBA # 28249
RESSLER & TESH, PLLC
Attorneys for Plaintiff

APPROVED AS TO FORM:

*/s/ Kelly Harris*
_____
Kelly Harris
U.S. Attorney

ORDER CONTINUING MOTION CUTOFF DATE AND TRIAL

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206)388-0333